IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAYNER GONZALES,

    Petitioner,

v.                                        No. 24-cv-0336-JCH-KRS

STATE OF NEW MEXICO, *et al*,

    Respondents.

## ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte* following Petitioner's release from custody. Petitioner filed his 28 U.S.C. § 2254 petition (Doc. 1) while incarcerated at the Eddy County Detention Center (ECDC) in Carlsbad, New Mexico. The ECDC inmate locator website reflects Petitioner is no longer in custody, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://inmatelookup.co.eddy.nm.us/Default.aspx (last visited Aug. 30, 2024).

    Accordingly, **IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner shall notify the Clerk in writing of his new address or show cause why this case should not be dismissed. The failure to timely comply may result in dismissal of this action without further notice.

                                                          _____
                                                           UNITED STATES MAGISTRATE JUDGE